FILED
CLERK, U.S. DISTRICT COURT
2/19/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:21-cr-00061-SB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 287: False, Fictitious, or Fraudulent Claims] |
| TANOOA SPARKS, | |
| Defendant. | |

The Acting United States Attorney charges:

[18 U.S.C. §§ 287, 2(b)]

On or about December 4, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant TANOOA SPARKS made and presented, and willfully caused to be made and presented, to the United States Department of Veterans Affairs, a department and agency of the United States, a false, fictitious, and fraudulent claim upon the United States, that is, a claim for Supportive Services for Veterans Families ("SSVF") program assistance in the amount of $1,650 to purportedly pay the January 2018 monthly rent owed by SSVF Program Participant 1 to his landlord, which claim defendant SPARKS knew to be false, fictitious, and fraudulent in that, as defendant SPARKS then knew: (1) the person identified as

Program Participant 1's landlord was not Program Participant 1's landlord and was not owed any rent from or on behalf of Program Participant 1; (2) the rental agreement submitted in support of the claim was fabricated and there was no agreement from Program Participant 1 to pay a monthly rent of $1,650; and (3) the Internal Revenue Service Form W-9 submitted to identify the purported landlord's business name to which the check for the rent was to be made payable was false and fictitious.

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

POONAM G. KUMAR
Assistant United States Attorney
Deputy Chief, Major Frauds Section

CATHERINE S. AHN
Assistant United States Attorney
Major Frauds Section