UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TANOOA SPARKS,<br><br>Defendant. | No. CR 2:21-00061-SB-1<br><br>ORDER CONTINUING PRELIMINARY REVOCATION OF SUPERVISED RELEASE HEARING DATE TO MAY 14, 2024 |
|---|---|

The Court has read and considered the parties' stipulation and request to continue preliminary revocation of supervised release hearing date. For good cause shown, IT IS HEREBY ORDERED THAT: the preliminary revocation of supervised release hearing date is continued from April 30, 2024, to May 14, 2024 at 8:00 a.m.

Dated: April 23, 2024

Stanley Blumenfeld, Jr.
United States District Judge