| | |
|---|---|
| 1 | E. MARTIN ESTRADA |
| | United States Attorney |
| 2 | MACK E. JENKINS |
| | Assistant United States Attorney |
| 3 | Chief, Criminal Division |
| | SOPHIA A. CARRILLO (Cal. Bar No. 326428) |
| 4 | Assistant United States Attorney |
| | General Crimes Section |
| 5 |     1400 United States Courthouse |
| |     312 North Spring Street |
| 6 |     Los Angeles, California 90012 |
| |     Telephone: (213) 894-0546 |
| 7 |     Facsimile: (213) 894-0141 |
| |     Email: sophia.carrillo@usdoj.gov |
| 8 | |
| | Attorneys for Plaintiff |
| 9 | UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 21-CR-00061-SB |
|---|---|
| Plaintiff, | JOINT RECOMMENDATION WITH RESPECT TO SUPERVISED RELEASE REVOCATION HEARING |
| v. | |
| TANOOA SPARKS, | Hearing Date: May 14, 2024 |
| Defendant. | Hearing Time: 8:00AM |
| | Location: Courtroom of the Hon. Stanley Blumenfeld Jr. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and Assistant United States Attorney Sophia A. Carrillo, and defense attorney for defendant Tanooa Sparks, Mieke Ter Pooten, hereby file this joint recommendation pursuant to the Court's standing order.

Defendant will admit all violations; however, defense counsel would like the opportunity to explain some facts outside of the violation report. Defendant understands she co-mingled finances with her son and her boyfriend and must segregate and report her own earnings and accounts to United States Probation. Defendant further understands she must obey all supervised release conditions, including reporting all accounts, income, and seeking permission to travel. To ensure future compliance with the supervised release conditions, defense counsel requests the Court require trauma

therapy, such as Eye Movement Desensitization and Reprocessing (EMDR), as a condition of defendant's supervised release, which defendant will pursue at her own cost. Defendant intends to make a restitution payment before the hearing date.

The parties would be agreeable to a future status conference to track defendant's compliance with the new supervision terms.

Dated: May 8, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*/s/*
SOPHIA A. CARRILLO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


*/s/ *authorization by email*
MIEKE TER POOTEN
Counsel for Defendant Tanooa Sparks